# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. GOMES, | No. 2:19-CV-1499-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MARIANA LOTASZTAIN, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1] An initial status/scheduling conference was held in this matter on November 13, 2019, at 1:30 p.m. before the undersigned in Sacramento, California. Plaintiff did not appear. Diana Esquivel, Esq., appeared for defendant.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. If not already accomplished, initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) shall be exchanged on or before **December 20, 2019**;

/ / /

---

[1] Plaintiff was an inmate at the California Medical Facility when this action was filed but has since been released from custody.

1

2. Non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by **May 1, 2020**;

3. The parties shall exchange lists of expert witnesses by **June 1, 2020**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

4. Expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by **July 31, 2020**;

5. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by **September 25, 2020**; and

6. A pre-trial conference and trial date will be set by further order issued following the completion of the schedule outlined above.

IT IS SO ORDERED.

Dated: December 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE