XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Lotersztain*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE E. GOMES,**<br><br>                                          Plaintiff,<br><br>       v.<br><br>**DAVID M. MATHIS, et al.,**<br><br>                                          Defendants. | No. 2:19-cv-01499 KJM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING DEADLINES TO EXTEND DEADLINES BY NINETY DAYS**<br><br>Action Filed: September 22, 2017 |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, Plaintiff pro se, Lawrence Gomes, and Defendant Lotersztain stipulate to and request a ninety-day extension of the scheduling deadlines set out in the July 17, 2020 Order. (ECF No. 59.) This second request for an extension is needed because the parties require more time to complete discovery in light of the continuing COVID-19 pandemic that has hindered the parties' ability to complete fact discovery, including taking Plaintiff's deposition.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A scheduling order may be modified only upon a showing of good cause and by leave of Court. *Id*. 16(b)(4); *see, e.g., Johnson v. Mammoth*

1

1  *Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on
2  such a motion).  In considering whether a party moving for a schedule modification has good
3  cause, the Court primarily focuses on the diligence of the party seeking the modification.
4  *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983
5  amendment).  "The district court may modify the pretrial schedule 'if it cannot reasonably be met
6  despite the diligence of the party seeking the amendment.'"  *Id*. (quoting Fed. R. Civ. P. 16
7  advisory committee notes of 1983 amendment).

8        On July 17, 2020, the Court granted the parties' stipulated request to extend the scheduling
9  deadlines set out in the initial Scheduling Order by six months due to the continuing national
10 pandemic.  (*See* ECF Nos. 46, 59.)  Since that time, the parties have continued to conduct
11 discovery.  Defendant however has not been able to take Plaintiff's deposition due to his being in
12 Arizona and in a high-risk group, thus requiring that he continue to shelter in place.  Although
13 Defendant seeks to take Plaintiff's deposition by videoconference, Plaintiff does not have access
14 to reliable internet or telephone access that will allow him to make a remote appearance from
15 home.  Defense counsel has been searching for a reporting service that will accommodate an in-
16 person deposition near Plaintiff's location, but has been unable to locate a service near Plaintiff's
17 residence to minimize his traveling in light of his high-risk factors.  Defense counsel is now
18 searching for a business center near Plaintiff from where he can appear remotely for his
19 deposition with remote appearances by the reporter and defense counsel.  Also, Defendant may
20 need to conduct additional discovery, including third-party subpoenas, if new information is
21 disclosed at Plaintiff's deposition.  Plaintiff also seeks additional time to conduct fact discovery
22 that includes obtaining his relevant and most recent medical records.  Further, Plaintiff seeks a
23 ninety-day extension because he may become unavailable for a period of several weeks.
24 Plaintiff's provider has advised him that he needs to undergo a stent-related surgical procedure in
25 the near future, and Plaintiff wishes to avoid any conflicts with the deadlines here.
26 / / /
27 / / /
28

1  Based on the foregoing, the parties agree to and request that the Court extend the scheduling deadlines for an additional ninety days as follows: Complete non-expert discovery by February 2, 2021; disclose expert witnesses by March 1, 2021; complete expert discovery by May 1, 2021; and file dispositive motions by June 28, 2021.

IT IS SO STIPULATED.

Dated: October 29, 2020                                  Respectfully submitted,

                                                         XAVIER BECERRA
                                                         Attorney General of California
                                                         PETER A. MESHOT
                                                         Supervising Deputy Attorney General


                                                         */s/ Diana Esquivel*

                                                         DIANA ESQUIVEL
                                                         Deputy Attorney General
                                                         *Attorneys for Defendant Lotersztain*


Dated:  October 29, 2020                                 */s/ Larry Gomes* (as authorized 10/29/20)

                                                         LAWRENCE G. GOMES
                                                         *Plaintiff pro se*

LA2019501633
34513454.docx

# ORDER

Good cause appearing, the parties' stipulated request to extend the scheduling deadlines by ninety days is GRANTED. The scheduling deadlines are extended as follows:

> Complete non-expert discovery by February 2, 2021
>
> Disclose expert witnesses by March 1, 2021
>
> Complete expert discovery by May 1, 2021
>
> File dispositive motions by June 28, 2021

In all other respects, the December 16, 2019 Scheduling Order (ECF No. 53) remains in full force and effect.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Modify the Scheduling Order  (2:19-cv-1499 KJM- DMC)