1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   PETER A. MESHOT, State Bar No. 117061
    Supervising Deputy Attorney General
3   DIANA ESQUIVEL, State Bar No. 202954
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 210-7320
6     Facsimile: (916) 322-8288
      E-mail: Diana.Esquivel@doj.ca.gov
7   *Attorneys for Defendant Lotersztain*

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11

12
    **LAWRENCE E. GOMES,**                No. 2:19-cv-01499 KJM-DMC
13
                            Plaintiff,     **STIPULATION AND ORDER TO**
14                                         **EXTEND EXPERT-DISCLOSURE**
              **v.**                       **DEADLINE BY THIRTY DAYS**
15
16  **DAVID M. MATHIS, et al.,**           Action Filed: September 22, 2017

17                          Defendants.

18

19        Under Federal Rule of Civil Procedure 6(d) and 16(b)(4) and Local Rule 143, Plaintiff pro

20  se, Lawrence Gomes, and Defendant Lotersztain, through her attorney of record, stipulate to and

21  request a thirty-day extension of the deadline to disclose expert witnesses; the current deadline is

22  August 2, 2021, based on the Court's May 6, 2021 Order (ECF No. 67). This request for an

23  extension is needed because the parties require more time to disclose expert witnesses.

24        When an act must be done within a specified time, the court may, for good cause, extend

25  the time with or without motion or notice if the court acts, or if a request is made, before the

26  original time expires.  Fed. R. Civ. P. 6(b)(1)(A).  A scheduling order may be modified only upon

27  a showing of good cause and by leave of Court.  *Id*. 16(b)(4); *see, e.g., Johnson v. Mammoth*

28  *Recreations, Inc*., 975 F.2d 604, 609 (describing the factors a court should consider in ruling on

                                            1

1  such a motion). In considering whether a party moving for a schedule modification has good

2  cause, the Court primarily focuses on the diligence of the party seeking the modification.

3  *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983

4  amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met

5  despite the diligence of the party seeking the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16

6  advisory committee notes of 1983 amendment).

7       Since the Court granted the parties' last stipulation (*see* ECF No. 67), the parties have

8  completed discovery. Due to Plaintiff's medical condition, his deposition was taken in two

9  sessions on May 28 and June 29. Defense counsel received the transcript of Plaintiff's June 29

10  deposition around July 21, and requires more time to review the transcript to ascertain whether a

11  retained heart specialist is needed based on Plaintiff's testimony. Plaintiff if scheduled to undergo

12  two outpatient medical procedures during the week of August 2, and has been focusing on those

13  matters such that he also requests an extension of the disclosure deadline. The parties do not

14  anticipate that this requested extension will affect any other scheduling deadline and that they will

15  be able to complete expert discovery by the current October 1, 2021 deadline. Good cause

16  therefore exists to grant this stipulated request.

17       IT IS SO STIPULATED.

18  Dated: August 2, 2021                         Respectfully submitted,

19                                                 ROB BONTA
                                                   Attorney General of California
20                                                 PETER A. MESHOT
                                                   Supervising Deputy Attorney General
21

22                                                 */s/ Diana Esquivel*

23                                                 DIANA ESQUIVEL
                                                   Deputy Attorney General
24                                                 *Attorneys for Defendant Lotersztain*

25  Dated:  August 2, 2021                         */s/ Larry Gomes* (as authorized 8/2/21)

26                                                 LAWRENCE G. GOMES
                                                   *Plaintiff pro se*
27
    LA2019501633
28  35340107.docx

1

**ORDER**

2          Good cause appearing, the parties' stipulated request for a thirty day extension of the expert

3     disclosure deadlines is GRANTED.

4          The parties shall disclose expert witnesses on or before September 1, 2021.

5          In all other respects, the May 6, 2021 Amended Scheduling Order (ECF No. 67) and the

6     original December 16, 2019 Scheduling Order (ECF No. 53) remain in full force.

7          IT IS SO ORDERED.

8

9          Dated:  August 6, 2021

10                                                        DENNIS M. COTA
                                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order for 30-Day Extension to Disclose Expert Witnesses  (2:19-cv-1499 KJM- DMC)

1        ## DECLARATION OF SERVICE BY ELECTRONIC & U.S. MAIL

2        Case Name:     *Gomez v. Mathis, et al.*
         No.:           2:19-cv-1499 KJM-DMC
3

4        I declare:

5        I am employed in the Office of the Attorney General, which is the office of a member of the
         California State Bar, at which member's direction this service is made.  I am 18 years of age or
6        older and not a party to this matter.  I am familiar with the business practice at the Office of the
         Attorney General for collection and processing of correspondence for mailing with the United
7        States Postal Service.  In accordance with that practice, correspondence placed in the internal
         mail collection system at the Office of the Attorney General is deposited with the United States
8        Postal Service that same day in the ordinary course of business.

9        On **August 2, 2021**, I served the attached

10       **STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT-DISCLOSURE
         DEADLINE BY THIRTY DAYS**
11

12       by transmitting a true copy thereof in PDF format via electronic mail to, and placing a true copy
         thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail
13       collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box
         944255, Sacramento, CA 94244-2550, addressed as follows:

14       Lawrence E. Gomes
         3327 W. Monroe St. #B
15       Phoenix, AZ  85009
         Email: larrygomes916@gmail.com
16       *Plaintiff pro se*

17

18       I declare under penalty of perjury under the laws of the United States and the State of California
         the foregoing is true and correct and that this declaration was executed on August 2, 2021, at
19       Sacramento, California.

20       _____          _____
                        T. Yeh                                 */s/ T. Yeh*
21                     Declarant                                Signature

22

23

24

25

26

27

28

1