IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE E. GOMES,** | No. 2:19-cv-01499 KJM-DMC |
| Plaintiff, | **ORDER VACATING SCHEDULING DEADLINES** |
| v. | |
| **DAVID M. MATHIS, et al.,** | |
| Defendants. | |

Before the Court is Defendant's unopposed motion to vacate the remaining scheduling deadlines or, in the alternative, for a 120-day extension of the deadlines. The motion is made on the grounds that Plaintiff died on August 4, 2021 (ECF No. 69), and the time for his successor or representative to substitute in to this lawsuit, as required under Federal Rule of Civil Procedure 25(a)(1), has not yet passed. Good cause appearing, Defendant's motion is GRANTED.

/ / /

/ / /

/ / /

/ / /

1

The deadlines for disclosing expert witnesses, completing expert discovery, and filing dispositive motions are VACATED. The Court will set new deadlines, if needed, after Plaintiff's successor or representative appears in the case.

IT IS SO ORDERED.

Dated:  September 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE